B6A (Official Form 6A) (12/07)

In re  **Michael John Fish and Janet Marion Fish,**          Case No.    **13-08256-FJO-7**
_____          _____
                    **Debtor**                                       **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br>949 Timber Creek Lane<br>Greenwood, Indiana | Fee Owner | H | $113,000.00 | $111,086.00 |
| | | Total ▶ | $113,000.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Michael John Fish and Janet Marion Fish,**                    Case No.    **13-08256-FJO-7**
                                    **Debtor**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Debtors' Joint Checking Account PNC Bank Account No. xx-xxxx-3042 | J | $1.43 |
| | | Joint Debtor's Health Savings Account | W | $420.00 |
| | | Joint Reserve Savings PNC Bank Account No. xxxxxx4285 | J | $0.00 |
| | | Joint Growth Savings PNC Bank Account No. xxxxxx6174 | J | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | TV's, computers, and other home electronics | | $1,000.00 |
| | | Grill and small household appliances | | $400.00 |
| | | Stove, refrigerator and other large appliances | | $800.00 |
| | | Household furniture | | $1,600.00 |
| | | Cookware, service, bedding, towels, and other miscellaneous housewares | | $600.00 |

B 6B  (Official Form 6B) (12/2007)

In re  **Michael John Fish and Janet Marion Fish,** _____          Case No.    **13-08256-FJO-7** _____
                          **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| | | Lawnmower, snowblower, tools | | $600.00 |
| | | Children's toys and outdoor play equipment | | $700.00 |
| | | Vacuum cleaning system | | $750.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Family clothing and accessories | | $600.00 |
| 7. Furs and jewelry. | | Wedding bands, engagement ring, earrings, watche | | $900.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Michael John Fish and Janet Marion Fish,** _____     Case No.    **13-08256-FJO-7** _____
_____ **Debtor** _____                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | |
|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | Debtors' contingent interest in any refunds of state or federal income tax withholdings for TY 2013. Debtors (filing jointly) received a $5,680.00 federal refund, and $347.00 state refund, for TY 2012. These refunds were received in February 2013. | J    Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | |
| 26. Boats, motors, and accessories. | X | |
| 27. Aircraft and accessories. | X | |
| 28. Office equipment, furnishings, and supplies. | X | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | |
| 30. Inventory. | X | |
| 31. Animals. | X | |
| 32. Crops - growing or harvested. Give particulars. | X | |

B 6B  (Official Form 6B) (12/2007)

In re  **Michael John Fish and Janet Marion Fish,**                              Case No.    **13-08256-FJO-7**
　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

<u>3</u> continuation sheets attached        Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

$8,381.43

B6C (Official Form 6C) (04/13)

In re  Michael John Fish and Janet Marion Fish,_____                    Case No.   13-08256-FJO-7
_____
                            Debtor                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence 949 Timber Creek Lane Greenwood, Indiana | Ind. Code § 34-55-10-2(c)(1) | $1,914.00 | $113,000.00 |
| TV's, computers, and other home electronics | Ind. Code § 34-55-10-2(c)(2) | $1,000.00 | $1,000.00 |
| Grill and small household appliances | Ind. Code § 34-55-10-2(c)(2) | $400.00 | $400.00 |
| Stove, refrigerator and other large appliances | Ind. Code § 34-55-10-2(c)(2) | $800.00 | $800.00 |
| Household furniture | Ind. Code § 34-55-10-2(c)(2) | $1,600.00 | $1,600.00 |
| Cookware, service, bedding, towels, and other miscellaneous housewares | Ind. Code § 34-55-10-2(c)(2) | $600.00 | $600.00 |
| Lawnmower, snowblower, tools | Ind. Code § 34-55-10-2(c)(2) | $600.00 | $600.00 |
| Family clothing and accessories | Ind. Code § 34-55-10-2(c)(2) | $600.00 | $600.00 |
| Wedding bands, engagement ring, earrings, watche | Ind. Code § 34-55-10-2(c)(2) | $900.00 | $900.00 |
| Children's toys and outdoor play equipment | Ind. Code § 34-55-10-2(c)(2) | $700.00 | $700.00 |
| Cash on hand | Ind. Code § 34-55-10-2(c)(3) | $10.00 | $10.00 |
| Debtors' Joint Checking Account PNC Bank Account No. xx-xxxx-3042 | Ind. Code § 34-55-10-2(c)(3) | $1.43 | $1.43 |
| Debtors' contingent interest in any refunds of state or federal income tax withholdings for TY 2013.  Debtors (filing jointly) received a $5,680.00 federal refund, and $347.00 | Ind. Code § 34-55-10-2(c) | Total Allowable Value | Unknown |

*  Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re **Michael John Fish and Janet Marion Fish,**                     Case No.   **13-08256-FJO-7**
                                        **Debtor**                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| | | | |
|---|---|---|---|
| state refund, for TY 2012.  These refunds were received in February 2013. | Ind. Code § 34-55-10-2(c)(3) | Total Allowable Value | |
| Joint Debtor's Health Savings Account | Ind. Code § 34-55-10-2(c)(7); 6-8-11-19 | $420.00 | $420.00 |

B 6D (Official Form 6D) (12/07)

In re  Michael John Fish and Janet Marion Fish                    ,    Case No.  13-08256-FJO-7
_____                        _____
                    **Debtor**                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0903  **United Consumer Financial Services 865 Bassett Rd Westlake, OH 44145** | | | 2012-12 **Purchase money security interest in consumer goods**  **Vacuum cleaning system**  VALUE $       **$750.00** | | | | **$3,450.00** | **$2,700.00** |
| ACCOUNT NO.  9446  **Wells Fargo Home Mortgage 8480 Stagecoach Circle Frederick, MD 21701** | | H | 2011-08 **First Mortgage**  **Residence 949 Timber Creek Lane Greenwood, Indiana**  VALUE $     **$113,000.00** | | | | **$111,086.00** | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal ▶ (Total of this page) | $       **114,536.00** | $       **2,700.00** |
| | Total ▶ (Use only on last page) | $       **114,536.00** | $       **2,700.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/13)

**In re** __Michael John Fish and Janet Marion Fish__ ,     **Case No.** __13-08256-FJO-7__
Debtor                                                            *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☒ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

**In re** <u>Michael John Fish and Janet Marion Fish</u>,     **Case No.** <u>13-08256-FJO-7</u>
                                 Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.     **57J1** | | | | | | | | | |
| Carla J. Fish 112 Franklin St Hudson Falls, NY 12839 | | H | Child support; paid current. | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| Additional Contacts for Carla J. Fish (57J1): | | | | | | | | | |
| NYS Child Support Processing PO Box 15365 Albany, NY 12212-5365 | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals➤ (Totals of this page) | $ **0.00** | $ **0.00** | $ **0.00** |
|---|---|---|---|---|
|  | Total➤ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ **0.00** | | |
|  | Totals➤ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **0.00** | $ **0.00** |

B 6F (Official Form 6F) (12/07)

In re <u>Michael John Fish and Janet Marion Fish</u>, Case No. <u>13-08256-FJO-7</u>

Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4495<br><br>**American Honda Finance**<br>**PO Box 168088**<br>**Irving, TX 75016** | | W | **Automobile lease (executory contract)** | | | | **$6,934.00** |
| **ACCOUNT NO.** 8236<br><br>**Bill Me Later**<br>**PO Box 2394**<br>**Omaha, NE 68103** | | W | **Credit card** | | | | **$597.00** |
| Additional Contacts for Bill Me Later (8236):<br><br>**WebBank**<br>**Attn: Bankruptcy**<br>**215 S State St, Ste 800**<br>**Salt Lake City, UT 84111** | | | | | | | |
| **ACCOUNT NO.** 3285<br><br>**Capital One Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **2013-04**<br><br>**Credit card** | | | | **$370.00** |
| | | | | | Subtotal▶ | $ | **7,901.00** |

<u>13</u> continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re __Michael John Fish and Janet Marion Fish__ ,    Case No. __13-08256-FJO-7__

Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Capital One Bank (3285):** | | | | | | | |
| **Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | | | | | | |
| **ACCOUNT NO.       1812**<br><br>**Capital One Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **2007-11**<br><br>**Credit card** | | | | **$574.00** |
| **Additional Contacts for Capital One Bank (1812):** | | | | | | | |
| **Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | | | | | | |
| **ACCOUNT NO.       4476**<br><br>**Capital One Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **2012-07**<br><br>**Credit card** | | | | **$2,664.00** |
| | | | | | | | |

Sheet no.__1__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **3,238.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Michael John Fish and Janet Marion Fish**                ,        Case No. **13-08256-FJO-7**
                               **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Capital One Bank (4476):** | | | | | | | |
| **Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | | | | | | |
| **ACCOUNT NO.        0246**<br><br>**Capital One Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | W | **2013-04**<br><br>**BestBuy credit card** | | | | **$371.00** |
| **Additional Contacts for Capital One Bank (0246):** | | | | | | | |
| **Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | | | | | | |
| **ACCOUNT NO.        3165**<br><br>**Collection Bureau Hudson Valley**<br>**Attn: Bankruptcy**<br>**PO Box 831**<br>**Newburgh, NY 12551** | | W | **2008-06**<br><br>**Collection account; Anesthesia Group of Albany, PC** | | | | **$471.00** |

Sheet no. **2** of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **842.00**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B 6F (Official Form 6F) (12/07) – Cont.

In re <u>Michael John Fish and Janet Marion Fish</u>,          Case No. <u>13-08256-FJO-7</u>
                                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Collection Bureau Hudson Valley (3165):**<br><br>**Collection Bureau Hudson Valley**<br>**155 N Plank Rd**<br>**Newburg, NY 12550** | | | | | | | |
| ACCOUNT NO.      1076<br><br>**Continental Finance Company LLC**<br>**Attn: Bankruptcy**<br>**PO Box 8099**<br>**Newark, DE 19714-8099** | | W | 2013-05<br><br>**Credit card** | | | | **$363.00** |
| ACCOUNT NO.      1944<br><br>**Credit One Bank**<br>**Attn: Bankruptcy**<br>**PO Box 98873**<br>**Las Vegas, NV 89193** | | | 2013-05<br><br>**Credit card** | | | | **$379.00** |
| **Additional Contacts for Credit One Bank (1944):**<br><br>**Credit One Bank**<br>**PO Box 98875**<br>**Las Vegas, NV 89193** | | | | | | | |

Sheet no. __3__ of __13__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **742.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Michael John Fish and Janet Marion Fish</u>,    Case No. <u>13-08256-FJO-7</u>

                       Debtor                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1870<br><br>**DECA Financial Service**<br>**10500 Kincaid Drive**<br>**Fishers, IN 46037** | | W | **2012-06**<br><br>**Collection account; Southside Emergency Associates** | | | | **$55.00** |
| **ACCOUNT NO.** 4808<br><br>**DirectTV**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155** | | H | **Communications services** | | | | **$257.00** |
| Additional Contacts for DirectTV (4808):<br><br>    **DirectTV**<br>    **Attn: Bankruptcy**<br>    **PO Box 6414**<br>    **Carol Stream, IL**<br>    **60197-6414** | | | | | | | |
| **ACCOUNT NO.** 7085<br><br>**Enhanced Recovery Corp**<br>**Attn: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | W | **2012-12**<br><br>**Collection account; Sprint** | | | | **$332.00** |

Sheet no. <u>4</u> of <u>13</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **644.00**

Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) — Cont.

In re <u>Michael John Fish and Janet Marion Fish</u>  ,          Case No. <u>13-08256-FJO-7</u>
　　　　　　　　　　　　Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7664<br><br>**Fingerhut**<br>**PO Box 1250**<br>**Saint Cloud, MN 56395-1250** | | W | 2013-04-24<br><br>**Fingerhut charge account** | | | | $368.00 |
| Additional Contacts for Fingerhut (7664):<br><br>**WebBank**<br>**Attn: Bankruptcy**<br>**215 S State St, Ste 800**<br>**Salt Lake City, UT 84111** | | | | | | | |
| **ACCOUNT NO.** 7318<br><br>**Fingerhut**<br>**PO Box 1250**<br>**Saint Cloud, MN 56395-1250** | | W | 2013-04-24<br><br>**Fingerhut charge account** | | | | $123.00 |
| Additional Contacts for Fingerhut (7318):<br><br>**WebBank**<br>**Attn: Bankruptcy**<br>**215 S State St, Ste 800**<br>**Salt Lake City, UT 84111** | | | | | | | |

Sheet no. <u>5</u> of <u>13</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $         **491.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re __Michael John Fish and Janet Marion Fish__ ,   Case No. __13-08256-FJO-7__
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4821 <br><br> **GE Capital Retail Bank** **Attn: Bankruptcy Dept** **PO Box 103104** **Roswell, GA 30076** | | W | **2013-04** <br> **JCP charge account** | | | | **$214.00** |
| **ACCOUNT NO.** 6849 <br><br> **GE Capital Retail Bank** **Attn: Bankruptcy** **PO Box 103104** **Roswell, GA 30076** | | W | **2013-04** <br> **Wal-Mart charge account** | | | | **$476.00** |
| **ACCOUNT NO.** UCKY <br><br> **Hudson River Federal Credit Union** **312 Palmer Ave** **Corinth, NY 12822** | | H | **2004-10** <br> **Deficiency balance after liquidation of repossessed snowmobile** | | | | **$1,348.00** |
| **ACCOUNT NO.** 4156 <br><br> **Indiana Emergency Solutions** **PO Box 37879** **Philadelphia, PA 19101** | | W | **2/23/13** <br> **Medical services** | | | | **$863.00** |

Sheet no. __6__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **2,901.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Michael John Fish and Janet Marion Fish</u>,          Case No. <u>13-08256-FJO-7</u>
                     **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1481<br><br>**Kohl's**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | W | **2013-04**<br><br>**Charge account** | | | | **$369.00** |
| Additional Contacts for Kohl's (1481):<br><br>    **Capital One Bank**<br>    **Attn: Bankruptcy Dept**<br>    **PO Box 30285**<br>    **Salt Lake City, UT**<br>    **84130-0285** | | | | | | | |
| **ACCOUNT NO.**<br><br>**MED-1 Solutions**<br>**517 US Hwy 31 N**<br>**Greenwood, IN 46142** | | W | **2/23/13**<br><br>**Multiple collection accounts; Community Health Network** | | | | **$974.86** |
| Additional Contacts for MED-1 Solutions:<br><br>    **Community Health**<br>    **Network**<br>    **7163 Solution Center**<br>    **Chicago, IL 60677-7001** | | | | | | | |

Sheet no. __7__ of __13__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal▶  $ **1,343.86**

                           Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Michael John Fish and Janet Marion Fish</u>,                    Case No. <u>13-08256-FJO-7</u>
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   9762<br><br>**Medshield Collections**<br>**2424 E 55th Street**<br>**Indianapolis, IN 46226** | | W | **2012-04**<br><br>**Collection account;**<br>**Community Health Network** | | | | **$265.00** |
| ACCOUNT NO.   2625<br><br>**Mid America Clinical Labs**<br>**PO Box 1016**<br>**Southeastern, PA 19398** | | W | **2/4/13**<br><br>**Medical services** | | | | **$86.00** |
| ACCOUNT NO.<br><br>**Midland Funding LLC**<br>**Attn: Bankruptcy**<br>**8875 Aero Dr, Ste 200**<br>**San Diego, CA 92123** | | W | **Multiple portfolio debt accounts** | | | | **$2,976.00** |
| Additional Contacts for Midland Funding LLC:<br><br>**Stephen Einstein &**<br>**Associates, PC**<br>**20 Vesey St, Ste 1406**<br>**New York, NY 10007** | | | | | | | |

Sheet no. __8__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal▶ | $ | **3,327.00** |
|---|---|---|---|
|  | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.) | $ | |

B 6F (Official Form 6F) (12/07) – Cont.

In re <u>Michael John Fish and Janet Marion Fish</u>,          Case No. <u>13-08256-FJO-7</u>
                  **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Midland Funding LLC** <br> **Attn: Bankruptcy** <br> **8875 Aero Dr, Ste 200** <br> **San Diego, CA 92123** | | H | **Portfolio debt** | | | | $994.50 |
| Additional Contacts for Midland Funding LLC: <br><br> **Weltman Weinberg &** <br> **Reis Co LPA** <br> **525 Vine St, Ste 800** <br> **Cincinnati, OH 45202** <br><br> **Johnson Superior Court 1** <br> **Attn: 41D01-1209-MI-95** <br> **5 E Jefferson St** <br> **Franklin, IN 46131** | | | | | | | |
| **ACCOUNT NO.** 9113 <br><br> **One Main Financial** <br> **Attn: Bankruptcy** <br> **PO Box 499** <br> **Hanover, MD 21076** | | H | **2012-05** <br><br> **Unsecured loan** | | | | $5,507.00 |
| Additional Contacts for One Main Financial (9113): <br><br> **One Main Financial** <br> **Attn: Bankruptcy** <br> **PO Box 140489** <br> **Irving, TX 75014-0489** | | | | | | | |

Sheet no. <u>9</u> of <u>13</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **6,501.50**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Michael John Fish and Janet Marion Fish</u> ,   Case No. <u>13-08256-FJO-7</u>
                  **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5907<br>**Overton Russell Doerr & Donovan LLP**<br>**Attn: Bankruptcy**<br>**PO Box 437**<br>**Clifton Park, NY 12065** | | W | **2008-02**<br>**Collection account; AMCC** | | | | **$1,301.00** |
| **ACCOUNT NO.** 2760<br>**Overton Russell Doerr & Donovan LLP**<br>**Attn: Bankruptcy**<br>**PO Box 437**<br>**Clifton Park, NY 12065** | | W | **2008-09**<br>**Collection account; AMCC** | | | | **$977.00** |
| **ACCOUNT NO.** 7032<br>**RMCB**<br>**PO Box 4002862**<br>**Des Moines, IA 50240-2862** | | W | **Collection account; subscription** | | | | **$22.87** |
| **ACCOUNT NO.** 0816<br>**Sallie Mae**<br>**Attn: Claims**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | **2002-08**<br>**Educational loan** | | | | **$7,672.00** |

Sheet no. **10** of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **9,972.87**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) — Cont.

In re <u>Michael John Fish and Janet Marion Fish</u>          ,          Case No. <u>13-08256-FJO-7</u>
                                          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.     9824**<br><br>**US Dept of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | **W** | **2011-09-14**<br><br>**Educational loan** | | | | **$885.00** |
| **ACCOUNT NO.     9624**<br><br>**US Dept of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | **W** | **2011-02-08**<br><br>**Educational loan** | | | | **$2,705.00** |
| **ACCOUNT NO.     0914**<br><br>**US Dept of Education/Sallie Mae**<br>**11100 USA Pkwy**<br>**Fishers, IN 46037** | | | **2011-09**<br><br>**Educational loan** | | | | **$941.00** |
| **ACCOUNT NO.     0520**<br><br>**US Dept of Education/Sallie Mae**<br>**11100 USA Pkwy**<br>**Fishers, IN 46037** | | | **2010-05**<br><br>**Educational loan** | | | | **$4,531.00** |

Sheet no. <u>__11__</u> of <u>__13__</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **9,062.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re <u>Michael John Fish and Janet Marion Fish</u>,

Debtor

Case No. <u>13-08256-FJO-7</u>

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.          1028<br><br>US Dept of Education/Sallie Mae<br>11100 USA Pkwy<br>Fishers, IN 46037 | | | 2010-10<br><br>Educational loan | | | | $680.00 |
| ACCOUNT NO.          0208<br><br>US Dept of Education/Sallie Mae<br>11100 USA Pkwy<br>Fishers, IN 46037 | | W | 2011-02<br><br>Educational loan | | | | $5,700.00 |
| ACCOUNT NO.          0304<br><br>US Dept of Education/Sallie Mae<br>11100 USA Pkwy<br>Fishers, IN 46037 | | W | 2011-03<br><br>Educational loan | | | | $5,025.00 |
| ACCOUNT NO.          0520<br><br>US Dept of Education/Sallie Mae<br>11100 USA Pkwy<br>Fishers, IN 46037 | | | 2010-05<br><br>Educational loan | | | | $3,658.00 |

Sheet no. __12__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **15,063.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Michael John Fish and Janet Marion Fish**          ,          Case No. 13-08256-FJO-7
              **Debtor**                                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8735 <br><br>**Wachovia Dealer Services**<br>**Attn: Bankruptcy**<br>**PO Box 3569**<br>**Rancho Cucamonga, CA**<br>**91729** | | H | **2011-12**<br><br>**Pre-auction balance on automobile (repossessed) retail installment contract** | | | | **$15,477.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. **13** of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **15,477.00**

Total▶ $ **77,506.23**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

**In re** <u>Michael John Fish and Janet Marion Fish,</u>          **Case No.** <u>13-08256-FJO-7</u>
Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| American Honda Finance<br>PO Box 16808<br>Irving, TX 75016 | Description: Personal property lease: 2012 Honda Civic<br><br>Nature of Debtor's Interest: Lessee |

B 6H (Official Form 6H) (12/07)

In re **Michael John Fish and Janet Marion Fish,**                              Case No.   **13-08256-FJO-7**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**B6I (Official Form 6I) (12/07)**

In re   Michael John Fish and Janet Marion Fish,          Case No.   13-08256-FJO-7
                    Debtor                                          (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | **B.F., son** | AGES(S): **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction Manager** | **Quality Control Analyst** |
| Name of Employer | **F.E. Harding Company, Inc.** | **Streetlinks LLC** |
| How long employed | **2 months** | **11 months** |
| Address of Employer | **10151 Hague Rd Indianapolis, IN 46256** | **7551 Shelby St Indianapolis, IN 46227** |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **3,749.98** | $ **2,513.33** |
| 2. | Estimate monthly overtime | $ **0.00** | $ **188.50** |
| 3. | SUBTOTAL | $ **3,749.98** | $ **2,701.83** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ **879.54** | $ **429.00** |
| | b. Insurance | $ **0.00** | $ **662.81** |
| | c. Union dues | $ **0.00** | $ **0.00** |
| | d. Other (Specify): | | |

| Description | Debtor's Amount | Spouse's Amount |
|---|---|---|
| **Child Support** | **$448.50** | **$0.00** |
| **Health Savings Account** | **$0.00** | **$130.00** |

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| | | $ **448.50** | $ **130.00** |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,328.04** | $ **1,221.81** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ **2,421.94** | $ **1,480.02** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or government assistance (Specify): | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify): | $ | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ **2,421.94** | $ **1,480.02** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (combine column totals from line 15) | $ **3,901.96** | |

(Report also on Summary of Schedules and, if applicable, on

**B6I (Official Form 6I) (12/07)**

In re   __Michael John Fish and Janet Marion Fish,__          Case No.   __13-08256-FJO-7__
                    __Debtor__                                                              __(if known)__

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Statistical Summary of Certain Liabilities and Related Data)

17.   Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:**NONE.**

B 6J (Official Form 6J) (12/07)

In re  **Michael John Fish and Janet Marion Fish,**_____    Case No.  **13-08256-FJO-7**_____
              Debtor                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $885.00 |
| | a.   Are real estate taxes included?  Yes __X__  No _____ | |
| | b.   Is property insurance included?  Yes __X__  No _____ | |
| 2. | Utilities:   a.   Electricity and heating fuel | $150.00 |
| | b.   Water and sewer | $50.00 |
| | c.   Telephone | |
| | d.   Other: Trash Service. | $40.00 |
| | e.   Other: Mobile Phones. | $150.00 |
| | f.   Other: Cable/Internet. | $100.00 |
| 3. | Home maintenance (repairs and upkeep) | $100.00 |
| 4. | Food | $600.00 |
| 5. | Clothing | $150.00 |
| 6. | Laundry and dry cleaning | $50.00 |
| 7. | Medical and dental expenses | $60.00 |
| 8. | Transportation (not including car payments) | $200.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $75.00 |
| 10. | Charitable contributions | $0.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a.   Homeowner's or renter's | |
| | b.   Life | |
| | c.   Health | |
| | d.   Auto | $150.00 |
| | e.   Other _____ | $ |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
| | (Specify) _____ | $ |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| | a.   Auto | $247.00 |
| | b.   Other _____ | $ |
| 14. | Alimony, maintenance, and support paid to others | $448.50 |
| 15. | Payments for support of additional dependents not living at your home | |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17. | Other: Child Care. | $400.00 |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $    3,855.50 |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: NONE. | |
| 20. | STATEMENT OF MONTHLY NET INCOME | |
| | a.   Average monthly income from Line 15 of Schedule I | $    3,901.96 |
| | b.   Average monthly expenses from Line 18 above | $    3,855.50 |
| | c.   Monthly net income (a. minus b.) | $         46.46 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF INDIANA

### INDIANAPOLIS DIVISION

In re **Michael John Fish and Janet Marion Fish**

_____,
Debtor

Case No. **13-08256-FJO-7**_____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    113,000.00 | | |
| B - Personal Property | YES | 4 | $      8,381.43 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    114,536.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $     77,506.23 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $      3,901.96 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $      3,855.50 |
| TOTAL | | 29 | $    121,381.43 | $    192,042.23 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF INDIANA

### INDIANAPOLIS DIVISION

In re **Michael John Fish and Janet Marion Fish**

_____ ,

Debtor

Case No. **13-08256-FJO-7**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

   If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 31,797.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 31,797.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 3,901.96 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,855.50 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,235.37 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 2,700.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4.  Total from Schedule F | | | $ | 77,506.23 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 80,206.23 |

In re  **Michael John Fish and Janet Marion Fish**                      ,     Case No. __13-08256-FJO-7__
              **Debtor**                                                                                                      **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 13, 2013** _____     Signature: **/s/Michael J. Fish** _____
                                                           **Michael John Fish**  Debtor

Date **August 13, 2013** _____     Signature: **/s/Janet M. Fish** _____
                                                       **Janet Marion Fish**  (Joint Debtor, if any)

                                            [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                              Social Security No.
of Bankruptcy Petition Preparer                                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
  Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                        Signature: _____

                                               _____
                                             [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In re: Michael John Fish and Janet Marion Fish      Case No  13-08256-FJO-7
<br>                        Debtor                                             (if known)

## STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Debtor: | |
| Current Year (2013): | |
| $6,543.00 | Wages - Allegis Group |
| $8,653.00 | Wages - F.E. Harding Asphalt Co. |
| $450.00 | Self-employment |
| | |
| Previous Year 1 (2012): | |
| $9,614.00 | Wages - EA Asphalt Services |
| $7,885.00 | Wages - F.E. Harding Asphalt Co. |
| $1,250.00 | Self-employment |
| | |
| Previous Year 2 (2011): | |
| $59,044.00 | Wages - Kleenco Maint. & Const. |
| Joint Debtor: | |
| Current Year (2013): | |
| $16,095.00 | Wages - Streetlinks LLC |
| | |
| Previous Year 1 (2012): | |
| $3,652.00 | Wages - Streetlinks LLC |
| $162.00 | Wages - CHI Management |
| $6,150.00 | Wages - Manpower of Indiana |
| | |
| Previous Year 2 (2011): | |
| $0.00 | NONE |

**2. Income other than from employment or operation of business**

None

State the amount of income received by the debtor other than from employment, trade, profession, operation of the

☐    debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|

Debtor:
    Current Year (2013):

    Previous Year 1 (2012):
    $7,800.00                           Indiana Unemployment Benefits

    Previous Year 2 (2011):

Joint Debtor:
    N/A

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor:<br>Wells Fargo Home Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701 | monthly payments of $885.00 | $2,655.00 | $111,086.00 |
| American Honda Finance<br>PO Box 168088<br>Irving, Texas 75016 | monthly auto lease payments of $247.00 | $741.00 | $6,934.00 |
| Joint Debtor:<br>N/A | | | |

None
☒    b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor:<br>Midland Funding v. Michael Fish<br>Case Number: 41D01-1209-MI-95 | collection of domesticated foreign judgment | Johnson Superior Court 1<br>Franklin, Indiana | Agreed Entry establishing terms of repayment filed 4/25/13 |
| Midland Funding v. Michael Fish<br>Case Number: CV09000543 | civil collection | Glens Falls City Court<br>Glens Falls, NY | judgment for $1,324.00 entered 10/22/2012 |
| Joint Debtor:<br>N/A | | | |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>Midland Funding LLC c/o Weltman Weinberg & Reis Co, LPA<br>525 Vine St Ste 800<br>Cincinnati, Ohio 45202 | Feb 2013 | garnishment of bank account<br>Value: $400.00 |
| Joint Debtor:<br>N/A | | |

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Wachovia Dealer Services Attn: Bankruptcy PO Box 3569 Rancho Cucamonga, California 91729 | 6/13/2013 | 2006 Nissan Xterra SUV Value: $10,000.00 |
| Joint Debtor: N/A | | |

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP | DESCRIPTION |
|---|---|---|

| OF PERSON OR ORGANIZATION | TO DEBTOR, IF ANY | DATE OF GIFT | AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: | | |
| Bradley A. Gregory, Attorney at Law | 7/15/13 | $260.00 |
| 1700 W Smith Valley Rd, Ste A-5 | 7/30/13 | $765.00 |
| Greenwood, Indiana 46142 | | $875.00 professional fee, $73.00 expenses, $77.00 court costs |
| | | |
| Joint Debtor: | | |
| N/A | | |

---

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|---|

| NAME OF TRUST OR OTHER DEVICE | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Debtor:<br>F.E. Harding Asphalt Co.<br>10151 Hague Rd<br>Indianapolis, Indiana 46256 | Employer owned light truck<br>$20,000.00 | Debtors' residence |
| Joint Debtor:<br>American Honda Finance<br>PO Box 168088<br>Irving, Texas 75016 | leased 2012 Honda Civic<br>$15,000.00 | Debtors' residence |

---

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor:<br>21 Grassyway Ct<br>Whiteland, Indiana 46184 | Michael John Fish, Janet Marion<br>Pagano, Janet Marion Fish | 3/1/2010 - 8/31/2011 |
| Joint Debtor:<br>N/A | | |

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the

governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR<br>DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS<br>OF SOCIAL-SECURITY<br>OR OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF<br>BUSINESS | BEGINNING<br>AND<br>ENDING<br>DATES |
|---|---|---|---|---|
| Debtor:<br>Michael John<br>Fish | 8371/<br>n/a | 949 Timbercreek Lane<br>Greenwood, Indiana<br>46142 | Debtor received<br>de minimis<br>payments as 1099<br>contractor during<br>brief association<br>with Threshhold<br>Marketing, Inc.<br>late 2012/early | Beginning Date:<br>Nov 2012<br>Ending Date: Jan<br>2013 |

2013.

Joint Debtor:
N/A

None
☒
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

    NAME                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☒
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

Debtor:
N/A

Joint Debtor:
N/A

None
☒
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

Debtor:
N/A

Joint Debtor:
N/A

None
☒
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

Debtor:
N/A

Joint Debtor:

N/A

**None** ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

Debtor:
N/A

Joint Debtor:
N/A

---

**20. Inventories**

**None** ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

Debtor:
N/A

Joint Debtor:
N/A

**None** ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

Debtor:
N/A

N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

**None** ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

N/A

**None** ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NATURE AND PERCENTAGE

| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
|---|---|---|

N/A

---

**22. Former partners, officers, directors and shareholders**

None ☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

N/A

None ☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

N/A

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

N/A

---

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  August 13, 2013 _____     Signature
of Debtor      /s/Michael J. Fish _____

Date  August 13, 2013 _____     Signature of
Joint Debtor
(if any)       /s/Janet M. Fish _____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In re   Michael John Fish and Janet Marion Fish         Case No.   13-08256-FJO-7    
       Debtor                                           Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>United Consumer Financial Services | **Describe Property Securing Debt**:<br>Vacuum cleaning system |

Property will be *(check one)*:
        ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
        ☐ Redeem the property
        ☐ Reaffirm the debt
        ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
        ☐ Claimed as exempt        ☒ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage | **Describe Property Securing Debt**:<br>Residence<br>949 Timber Creek Lane<br>Greenwood, Indiana |

Property will be *(check one)*:
        ☐ Surrendered        ☒ Retained

If retaining the property, I intend to *(check at least one)*:
        ☐ Redeem the property
        ☒ Reaffirm the debt
        ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
        ☒ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                            Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>American Honda Finance | **Describe Leased Property:**<br>2012 Honda Civic | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: August 13, 2013           /s/Michael J. Fish _____

                                                   Signature of Debtor


                                                   /s/Janet M. Fish _____

                                                   Signature of Joint Debtor